DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

NICHOLAS THOMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1382

————————————————

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.